UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PRIVATE JET SERVICES GROUP, LLC,
    plaintiff,

v.

TWITTER, INC.,
    defendant.

Civil Action No.: _____

**PRIVATE JET SERVICES GROUP, LLC'S
<u>LOCAL RULE 7.1.1 DISCLOSURE STATEMENT</u>**

Private Jet Services, LLC ("PJS") files its Disclosure Statement pursuant to LR 7.1.1 as follows:

❒ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

❒ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

❒ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

PJS's parent corporation is Elevate Aviation Group, LLC, a Florida limited liability company.

- AND/O R -

1

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

☑ The filing party has none of the above.

|  |  |
|---|---|
|  | Respectfully submitted,<br>PRIVATE JET SERVICES GROUP, LLC,<br><br>By its attorneys,<br><br>SHAHEEN & GORDON, P.A., |
| December 9, 2022 | /s/ Timothy J. McLaughlin<br>Timothy J. McLaughlin (NH bar # 19570)<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH 03302<br>(603) 617-3035<br>tjmclaughlin@shaheengordon.com |

## **CERTIFICATE OF SERVICE**

    I certify that on this date the foregoing filing was served upon Defendant via the Court's electronic filing system.

                                    /s/ Timothy J. McLaughlin
                                    Timothy J. McLaughlin