AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Twitter, Inc.**
was received by me on *(date)* **December 12, 2022**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **NH Secretary of State**, who is designated by law to accept service of process on behalf of *(name of organization)* **non-resident defendant, Twitter, Inc.** on *(date)* **December 14, 2022**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 14, 2022**

*Server's signature*

**Sarah J. Cullen; legal assistant**
*Printed name and title*

**Shaheen + Gordon, PA**
**PO Box 2703**
**Concord NH 03302**
*Server's address*

Additional information regarding attempted service, etc: