```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Private Jet Services Group, LLC

       v.                                     Civil No. 22-cv-548-AJ

Twitter, Inc.

```
            NOTICE REGARDING SERVICE AS TO
                      TWITTER, INC.
```

As of this date, the above-referenced defendant has not filed an answer or otherwise appeared in the case.  Prior to entry of default under Fed. R. Civ. P. 55(a), counsel for plaintiff is directed to file an affidavit of service that:

    (1) Specifies the manner in which service was accomplished on the defendant;

    (2) If claiming service effectuated through an agent, secretary or officer, provides documentation establishing the served person's status as an agent, secretary or officer of the entity who is authorized to accept service of process;

    (3) Identifies the precise section of Fed. R. Civ. P. 4 that counsel relies upon as supporting the chosen method of service; and

    (4) Explains how the chosen method of service satisfies the identified section of Fed. R. Civ. P. 4 (including an explanation as to how service satisfies state law service rules if applicable), providing case law if necessary.

Counsel for plaintiff shall have fourteen (14) days from the date of this notice to file the required affidavit of service.

Daniel J. Lynch, Clerk of Court

Date: January 9, 2023