# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

PRIVATE JET SERVICES GROUP, LLC
plaintiff,

v.

TWITTER, INC.,
defendant

Civil Action No.: 22-cv-548-AJ

## AFFIDAVIT OF SERVICE
## BY PRIVATE JET SERVICES GROUP, LLC

I, Timothy J. McLaughlin, as counsel for and on behalf of plaintiff Private Jet Services Group, LLC, under oath hereby depose and state the following.

1. On January 9, 2023, the Court provided Notice to plaintiff Private Jet Services Group, LLC to file an affidavit of service in accordance with the instructions provided in Doc. No. 6.

2. Defendant Twitter, Inc. was served pursuant to Fed. R. Civ. P. 4(e)(1) via New Hampshire's long-arm statute RSA 510:4.

3. On December 14, 2022, a copy of the Summons in a Civil Action, Notice of Electronic Filing Requirements, Notice of Assignment to United States Magistrate Judge and Consent Form, Complaint, Civil Cover Sheet and Private Jet Services Group, LLC's Disclosure Statement ("Service Package"), together with the $10.00 fee, were served in-hand upon the New Hampshire Secretary of State. A copy of the New Hampshire Secretary of State's receipt of same is attached as **Exhibit A**.

4. On December 14, 2022, a copy of the Service Package and the notice of service upon NH Secretary of State were sent via certified mail to Twitter, Inc. A copy of the certified mail to Twitter, Inc. is attached as **Exhibit B**.

5. On December 19, 2022, Twitter, Inc. signed for the certified mail. The certified mail return receipt, which reflect that Twitter, Inc. was served on December 19, 2022, is attached as **Exhibit C**.

6. The Service Package was served upon on Twitter, Inc., being an out-of-state defendant, through the NH Secretary of State in accordance with RSA 510:4. RSA 510:4, II provides that service on a nonresident defendant "may be made by leaving a copy thereof, with a fee of $10, in the hands or office of the secretary of state provided that a copy…is sent by registered mail, postage prepaid…". A copy of RSA 510:4 is attached for reference as **Exhibit D**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2023                    /s/ *Timothy J. McLaughlin*
                                                Timothy J. McLaughlin