# **<u>Exhibit A</u>**

 

# State of New Hampshire
# Department of State

**Work Order #:** 20220004013721

**Receipt Date/Time:** 12/14/2022 10:43:57 AM

| Payer Information: | Filer Information: |
|---|---|
| Shaheen & Gordon, PA<br>PO Box 977<br>Dover, NH, 03821, USA | Shaheen & Gordon, PA<br>PO Box 977<br>Dover, NH, 03821, USA |
| **Payer Customer ID:** 210746 | **Filer Customer ID:** 210746 |

**Payment Information:**

| Date | Payment Type | Payment Reference | Authorization # | Payment Status | Payment Amount |
|---|---|---|---|---|---|
| 12/14/2022 10:43:46 AM | Check | Check#: 011954 | N/A | Paid | $10.00 |
| | | | | **Total Payment Received:** | **$10.00** |

**Transaction Description:**

| Transaction # | Description | Reference Information |
|---|---|---|
| 20220004013721-001 | WritsSOP | Twitter, Inc. |

**Transaction Information:**

| Date Received | Transaction # | Processing Status | Invoice Status | Amount |
|---|---|---|---|---|
| 12/14/2022 10:40:00 AM | 20220004013721-001 | Pending | Paid | $10.00 |
| | | | **Total** | **$10.00** |

| | | | |
|---|---|---|---|
| **Drawdown Account Balance:** | $0.00 | **Total Due:** | $0.00 |
| **Credit Account Balance:** | $0.00 | **Total Refunded:** | $0.00 |
| | | **Total Change To Credit Account Balance:** | $0.00 |



**Shaheen & Gordon**
ATTORNEYS AT LAW

shaheengordon.com

107 Storrs Street
P.O. Box 2703 | Concord, NH 03302

Office 603-225-7262
Fax 603-225-5112

**Timothy J. McLaughlin**
*Attorney at Law*
Direct Dial (603) 617-3041

December 14, 2022

**Via Hand-Delivery**
NH Secretary of State's Office
State House, Room 204
107 North Main Street
Concord, NH 03301

    Re:    <u>Private Jet Services Group, LLC v. Twitter, Inc.</u>
            22-cv-548-AJ

**Dear Sir or Madam:**

    Pursuant to NH RSA 510:4, II ("Nonresident Defendant. Service of Process on Secretary of State."), enclosed please find the following for service to nonresident defendant Twitter, Inc. in the above captioned matter:

    1.    Summons in a Civil Action, Notice of Electronic Filing Requirements, and Notice of Assignment to United States Magistrate Judge and Consent Form;
    2.    Complaint;
    3.    Civil Cover Sheet; and
    4.    Private Jet Services Group, LLC's Disclosure Statement.

    Also enclosed is a $10 fee regarding same.

    Notice of this service of process is being contemporaneously made by delivering a copy of this process to Twitter, Inc. via registered mail, postage prepaid.

    Thank you for your attention to this matter.

Very truly yours,

Timothy J. McLaughlin
tmclaughlin@shaheengordon.com

TJM/sjc
Enclosure
cc:    Twitter, Inc. via registered mail per RSA 510:4, II.

Concord • Dover • Manchester • Nashua • Portland

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Private Jet Services Group, LLC

*Plaintiff(s)*

v.

Twitter, Inc.

*Defendant(s)*

Civil Action No. 22-cv-548-AJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Twitter, Inc.
1355 Market Street
San Francisco, California 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy J. McLaughlin, Esquire
107 Storrs Street, P.O. Box 2703
Concord, NH 03302
(603) 617-3035
tjmclaughlin@shaheengordon.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2022

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Erica DiFabio, Deputy Clerk

**Dec 12, 2022**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____
                                                          *Server's signature*

                                                          *Printed name and title*

                                                          *Server's address*

Additional information regarding attempted service, etc:

# U.S. DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## IMPORTANT NOTICE

## ATTORNEYS REQUIRED TO FILE ELECTRONICALLY

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

DANIEL J. LYNCH
Clerk

USDCNH-91 (Rev. 12-19)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff

v.     Civ. No. _____

_____
Defendant

## NOTICE OF ASSIGNMENT TO UNITED STATES
## MAGISTRATE JUDGE AND CONSENT FORM

**NOTICE: PLAINTIFF(S) FILING A NEW CIVIL CASE--AND PLAINTIFF(S) IN A REMOVAL CASE HAVING DEFENDANT(S) WHO STILL MUST BE SERVED--SHALL SERVE THIS NOTICE WITH THE COMPLAINT ON THE DEFENDANT(S)**

This civil case has been randomly assigned to United States Magistrate Judge Johnstone for all purposes including trial, entry of final judgment, and any post-judgment proceedings. A Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Note that a party may refuse to consent without any adverse substantive consequences.

One party (hereafter the "Filing Party") is responsible to consult with all parties and to electronically file this form with the court advising either that all parties consent to the Magistrate Judge's jurisdiction or that consent is not unanimous. The Filing Party shall submit this consent form as follows: (1) the plaintiff, or the removing defendant if the case was initiated by a Notice of Removal, shall consult with the parties and file this form on or before the deadline for filing the discovery plan (or on or before the deadline for filing the administrative record in an ERISA or IDEA case) <u>unless</u> a defendant files a Rule 12(b) motion, (2) if any defendant files a Fed. R. Civ. P. 12(b) motion or other dispositive motion in lieu of an answer, the plaintiff shall consult with the parties and file this form on or before the deadline for filing a response to the Rule 12(b) motion. Only <u>one</u> document should be filed. While consent is voluntary, submission of this form indicating whether the parties consent to the Magistrate Judge's jurisdiction is <u>mandatory</u>.

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
### (To Be Completed <u>Only</u> If <u>All</u> Parties Consent)

In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the undersigned pro se party or counsel of record consent to have Magistrate Judge Johnstone conduct all further proceedings in this case, including trial, entry of judgment and any post-judgment proceedings, with any appeal going directly to the First Circuit Court of Appeals in the same manner as an appeal from any other judgment of this district.

| Party Represented | Signature of Counsel/Pro Se Party | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(Signatures may be in "/s/" format. <u>See</u> AP 2.7(b). Use additional forms if additional party represented spaces are needed)

~OR~

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
### (To Be Completed If <u>Any</u> Party <u>Does Not</u> Consent--Please <u>DO NOT</u> Identify Party)

In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the parties advise the court that at least one party does not consent to the Magistrate Judge's jurisdiction. The parties understand that the case will be randomly assigned to proceed before a U.S. District Judge and that pretrial matters may be referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and Local Rule 72.1.

Date: _____     _____
                                   Filing Party (or their counsel)

USDCNH-54 (6/2/14)(PREVIOUS EDITIONS OBSOLETE)

## CERTIFICATE OF SERVICE

I hereby certify that this form was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____ _____
Date                                                                                  Signature

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PRIVATE JET SERVICES GROUP, LLC
plaintiff,

v.

TWITTER, INC.,
defendant

Civil Action No.: _____

# COMPLAINT

**(Jury Trial Demanded)**

1. Private Jet Services Group, LLC ("PJS") complains against Twitter, Inc. ("Twitter") for breach of contract and, in the alternative, for breach of quasi-contract because Twitter refuses to pay $197,725 for private air charter passenger transportation services that Twitter requested for, and that PJS provided to, its executive on October 26 and 27, 2022.

Parties

2. PJS is Florida limited liability company with a principal place of business located at 1111 Lincoln Avenue, Suite 500, Miami Beach, Florida and with a recently former principal place of business located at 5 Batcheler Road, Seabrook, New Hampshire.

3. Twitter is a Delaware corporation with a principal place of business located at 1355 Market Street, San Francisco, California.

Jurisdiction and Venue

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

5. The Court has personal jurisdiction over Twitter pursuant to NH RSA 510:4 because Twitter has transacted business within New Hampshire and because the parties agreed

1

that "[a]ny action relating to [the Agreement that forms the basis for this action] in part or its entirety must be brought in the Federal or State Courts located in New Hampshire and each party irrevocably consents to the jurisdiction of such courts."

6. Venue is proper in the District Court for the District of New Hampshire pursuant to 28 U.S.C. § 1391.

Allegations

7. PJS is an air charter passenger transportation services broker.

8. On June 24, 2020, PJS and Twitter agreed to and signed Air Charter Services Blanket Purchase Agreement # 2020-4151 ("BPA").

9. Pursuant to the terms and conditions of the BPA, Twitter is able to book air charter passenger transportation services through PJS. Although the BPA required Twitter's "Designated Representatives" to book its air charter passenger transportation services and then acknowledge the terms of the air charter passenger transportation services in a Statement of Work, in practice, Twitter's process of booking and acknowledging air charter passenger transportation services did not always follow the process set forth in the BPA. For instance, on numerous occasions, Twitter employees other than its Designated Representatives booked and acknowledged its requested air charter passenger transportation services including via emails and text messages and not Statements of Work.

10. During the evening October 25, 2022, via email and text, Twitter employee Taylor DeLorenzo booked air charter passenger transportation services for Twitter executive Leslie Berland from Teterboro to San Francisco for the morning of October 26, 2022.

11. PJS arranged, confirmed and provided to Twitter's executive the air charter passenger transportation services that Twitter requested from Teterboro to San Francisco.

12. On October 26, 2022, PJS invoiced Twitter $103,850 for its executive's air charter passenger transportation services from Teterboro to San Francisco, with payment due by November 2, 2022.

13. During the afternoon of October 27, 2022, via email, Twitter employee Cynthia Ancheta booked air charter passenger transportation services for Twitter executive Leslie Berland from San Francisco to Teterboro for the evening of October 27, 2022.

14. PJS arranged, confirmed and provided to Twitter's executive the air charter passenger transportation services that Twitter requested from San Francisco to Teterboro.

15. On October 27, 2022, PJS invoiced Twitter $93,875 for its executive's air charter passenger transportation services from San Francisco to Teterboro, with payment due by November 3, 2022.

16. Twitter did not timely pay either of PJS's invoices for the air charter passenger transportation services that it provided.

17. On November 16, 2022, Twitter employee Marty O'Neill, "Head of Global Strategic Sourcing at Twitter" emailed PJS "informing you that Twitter is not liable for these expenses [*i.e.*, the invoices for the air charter passenger transportation services that Twitter requested and that PJS provided] and therefore will not be paying these invoices." Mr. O'Neill explained Twitter's decision not to pay for the services that it requested and that PJS provided by writing that "[a]s you know only Designated Representatives listed in Exhibit A of the [BPA] are allowed to order services on behalf of Twitter."

18. On November 16, 2022, Twitter employee Taylor DeLorenzo replied to Twitter employee O'Neill's email: "Just wanted to send a quick note with regards to the outstanding invoice for PJS: Parag [Agrawal] *did* sign off on this expense (he was still CEO at the time of

3

both flight purchases) for Leslie. It was an urgent need the week the deal closed, and Leslie was the main person from Twitter liaising directly with Elon. Additionally, I had been approving all of the PJS transactions prior to this one - all of which Twitter paid with no issue or mention of the below requirements. Just wanted to share additional context here."

19. On November 16, 2022, Twitter employee O'Neill replied to Twitter employee DeLorenzo's email: "Thanks Taylor, appreciate the added context. However, new management is not going to budge and while yes you had been requesting, it doesn't change the terms agreed to in the agreement. If anything, legally we shouldn't have paid for when you made those requests or alternatively Private Jet Services could have cited breach of contract. I know you're looking for a resolution but can't emphasize enough that new management wants to hold firm on this."

20. According to Twitter employee DeLorenzo's internal Twitter emails, the former CEO of Twitter, Parag Agrawal, approved the air charter passenger transportation services for Twitter's executive that Twitter requested and that PJS provided on October 26, 2022 and October 27, 2022.

21. According to Twitter employee O'Neill's internal Twitter emails, the reason that Twitter refuses to pay PJS's invoices for the services PJS provided to Twitter is because "new management" has made a decision not to pay those invoices and "new management wants to hold firm on this."

## Count I
## Breach of Contract

22. PJS incorporates all allegations in this Complaint as if restated in full herein.

23. Twitter has breached the parties' contract by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

24. PJS has been damaged by Twitter's breach of the parties' contract by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

### Count II
### Breach of Quasi-Contract

25. PJS incorporates all allegations in this Complaint as if restated in full herein.

26. In New Hampshire, a valid claim in quantum meruit requires that: (1) services were rendered to the defendant by the plaintiff; (2) with the knowledge and consent of the defendant; and (3) under circumstances that make it reasonable for the plaintiff to expect payment. *Gen. Insulation Co. v. Eckman Const.*, 159 N.H. 601, 612 (2010).

27. Air charter passenger transportation services were provided to Twitter by PJS on October 26, 2022 and October 27, 2022 with the knowledge and consent of Twitter and under circumstances that make it reasonable for PJS to expect payment.

28. PJS has been damaged by Twitter's breach of the parties' quasi-contract by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

### PRAYERS FOR RELIEF

29. WHEREFORE, PJS respectfully requests that the Court:

    A. Enter judgment on all Counts;

    B. Award PJS all damages to which it is entitled;

5

C. Award PJS its reasonable attorney's fees and litigation costs including as allowed by contract, statute and/or decisional law; and

D. Grant such further relief as is necessary and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PRIVATE JET SERVICES GROUP, LLC, |
|  | By its attorneys, |
|  | SHAHEEN & GORDON, P.A., |
| December 9, 2022 | /s/ Timothy J. McLaughlin |
|  | Timothy J. McLaughlin (NH bar # 19570) |
|  | 107 Storrs Street |
|  | P.O. Box 2703 |
|  | Concord, NH 03302 |
|  | (603) 617-3035 |
|  | tjmclaughlin@shaheengordon.com |

Case 1:21-cv-00548 Document 91-1 Filed 12/09/23 Page 14 of 18

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____
Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

PRIVATE JET SERVICES GROUP, LLC,
    plaintiff,

v.

TWITTER, INC.,
    defendant.

Civil Action No.: _____

# PRIVATE JET SERVICES GROUP, LLC'S
# LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Private Jet Services, LLC ("PJS") files its Disclosure Statement pursuant to LR 7.1.1 as follows:

❒ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

❒ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

❒ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

PJS's parent corporation is Elevate Aviation Group, LLC, a Florida limited liability company.

- AND/O R -

1

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

☑ The filing party has none of the above.

                                  Respectfully submitted,
                                  PRIVATE JET SERVICES GROUP, LLC,

                                  By its attorneys,

                                  SHAHEEN & GORDON, P.A.,

December 9, 2022                   /s/ Timothy J. McLaughlin
                                  Timothy J. McLaughlin (NH bar # 19570)
                                  107 Storrs Street
                                  P.O. Box 2703
                                  Concord, NH 03302
                                  (603) 617-3035
                                  tjmclaughlin@shaheengordon.com

## **CERTIFICATE OF SERVICE**

      I certify that on this date the foregoing filing was served upon Defendant via the Court's electronic filing system.

                                  /s/ Timothy J. McLaughlin
                                  Timothy J. McLaughlin