IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PRIVATE JET SERVICES GROUP, LLC,  :

          Plaintiff,     :   Civil Action No.: 1:22-cv-00548-AJ

          v.     :

TWITTER, INC.,     :

          Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANT TWITTER, INC.'S ASSENTED-TO**
**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant Twitter, Inc. ("Twitter"), by its undersigned counsel, respectfully moves for the entry of an Order extending the time by which Twitter must move, answer, or otherwise respond to the Complaint to and including January 31, 2023.

As grounds for this Motion, Defendant Twitter states as follows:

1. The above-captioned action was filed on or about December 9, 2022.

2. The Parties have conferred regarding the timing of Twitter's response to the Complaint, and have agreed -- subject to Court approval -- to extend the time within which Twitter must move, answer, or otherwise respond to the Complaint to and including January 31, 2023.

3. Twitter is requesting this short extension of time (approximately two weeks) to respond to the Complaint to allow it and its counsel to conduct preliminary factual and legal analysis to formulate an appropriate response to the Complaint. Twitter submits that this extension will not substantially delay the progress of this matter or unfairly prejudice any

party. In particular, the extension requested by this Motion will not result in the continuance of any hearing, conference, or trial set in this action.

4. Twitter has not submitted a memorandum of law with this Motion because the relief sought is simple and within the Court's discretion. *See* Local Rule 7.1(a)(2).

5. Counsel for Plaintiff concurs in the relief sought in this Motion.

WHEREFORE, Defendant Twitter, Inc. respectfully moves this Court for entry of an Order extending its time to move, answer or otherwise respond to the Complaint to and including January 31, 2023.

Date: January 19, 2023

Respectfully Submitted,
TWITTER, INC.
By its attorneys,
BERNSTEIN SHUR, SAWYER & NELSON, P.A.

*/s/ Edward J. Sackman*
Edward J. Sackman, N.H. Bar # 19586
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, New Hampshire 03105
(603) 623-8700
nsackman@bernsteinshur.com

James R. Carroll (*pro hac vice* pending)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573 4800
james.carroll@skadden.com