UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Private Jet Services Group, LLC

    v.                                      Case No. 22-cv-548-AJ

Twitter, Inc.

## ORDER

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

Date: January 19, 2023

cc:   Counsel of Record