UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Private Jet Services Group, LLC</u>

    v.                                  Case No. 22-cv-548-JL

<u>Twitter, Inc.</u>

<u>ORDER</u>

On February 14, 2023, an Amended Complaint was filed as of right. Therefore, in accordance with LR 15.1(c), the pending Motion to Dismiss for Failure to State a Claim is denied without prejudice. The defendant shall respond to the Amended Complaint as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).

SO ORDERED.

By the Court,

_____
Joseph N. Laplante
United States District Judge

Date: February 14, 2023

cc: Counsel of Record