## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

PRIVATE JET SERVICES GROUP, LLC
plaintiff,

v.

TWITTER, INC.,
defendant

Civil Action No.: 22-cv-548-JL

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Private Jet Services Group, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this Notice of Voluntarily Dismissal Without Prejudice.

Fed. R. Civ. P. 41(a)(1)(A)(i) allows a plaintiff to file a notice of voluntary dismissal without prejudice before the opposing party serves either an answer or a motion for summary judgment.

Defendant Twitter, Inc. has not yet filed an answer or a motion for summary judgment.

Accordingly, plaintiff Private Jet Services Group, LLC respectfully files this notice of voluntary dismissal without prejudice, including to refile in state court.

Respectfully submitted,
PRIVATE JET SERVICES GROUP, LLC,

By its attorneys,
SHAHEEN & GORDON, P.A.,

February 17, 2023

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin (NH bar # 19570)
107 Storrs Street
Concord, NH 03302
(603) 617-3035
tmclaughlin@shaheengordon.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing filing has been served upon all counsel of record via the Court's CM/ECF system.

/s/ Timothy J. McLaughlin
Timothy J. McLaughlin